# EXHIBIT A

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF KENTUCKY
                     LOUISVILLE DIVISION
- - - - - - - - - - - - - - - x
RAYTHEON COMPANY,              :
         Plaintiff,            :
    v.                         :
AHTNA SUPPORT AND TRAINING     : Civil Action
SERVICES, LLC, et al.,         : File No.
         Defendants/Third-     : 3:21-cv-239-RGJ
         Party Plaintiffs,     :
    v.                         :
SAFT AMERICA, INC. and         :
KOORSEN FIRE & SECURITY, INC., :
         Third-Party Defendants.:
- - - - - - - - - - - - - - - x


              Videotaped Deposition of
     JASON A. SUTULA, Ph.D, P.E., CFEI, DVFI, CFI
                 Baltimore, Maryland
              Thursday, February 29, 2024
                      9:05 a.m.
Job No. 527879
Pages:  1 - 269
Reported by:  Janet A. Hamilton, RDR
```

| | | |
|---|---|---|
| 1 | Tom Owens would not have been in the vault in May? | 17:02:23 |
| 2 | A  I can't answer that question as I sit here | 17:02:29 |
| 3 | today based on the information that I did which | 17:02:35 |
| 4 | took into account the sum total of the available | 17:02:37 |
| 5 | data, processed it through the scientific method | 17:02:41 |
| 6 | and performed my hypotheses associated with this, | 17:02:44 |
| 7 | with both incidents. | 17:02:50 |
| 8 | Q  Can you agree that he would not have been | 17:02:52 |
| 9 | taking photographs of LBBs that had been damaged | 17:02:55 |
| 10 | in the April fire if there had been no April fire? | 17:02:58 |
| 11 | MR. RAMSEY:  Objection.  Calls for | 17:03:01 |
| 12 | speculation.  Asked and answered. | 17:03:03 |
| 13 | A  Again, this is outside the area and the | 17:03:04 |
| 14 | scope of the analysis that I performed.  I have to | 17:03:08 |
| 15 | work with the data that I have available in order | 17:03:10 |
| 16 | to formulate my conclusions. | 17:03:12 |
| 17 | Q  Are you aware that the fire department was | 17:03:17 |
| 18 | able to bring the fire on May 13th under control? | 17:03:20 |
| 19 | MR. TALBOTT:  Object to form. | 17:03:29 |
| 20 | A  I would have to go back and look through | 17:03:30 |
| 21 | my information, but that is my general | 17:03:32 |
| 22 | understanding, yes. | 17:03:34 |
| 23 | Q  Okay.  And then the fire department | 17:03:34 |
| 24 | instructed Victor Herbison to move the vault away | 17:03:37 |
| 25 | from the building on the premises? | 17:03:44 |