# EXHIBIT B

1  _____

2         IN THE UNITED STATES DISTRICT COURT

3        FOR THE WESTERN DISTRICT OF KENTUCKY

4                  LOUISVILLE DIVISION

5             CIVIL ACTION NO. 3:21-CV-239-RGJ

6  RAYTHEON COMPANY,

7            Plaintiff,

8  v.

9  AHTNA SUPPORT AND TRAINING

10 SERVICES, LLC, et al.,

11           Defendant/Third-Party Plaintiffs.

12 v.

13 SAFT AMERICA, INC., and

14 KOORSEN FIRE & SECURITY, INC.,

15           Third-Party Defendants.

16 _____

17            AUDIO-VISUAL DEPOSITION

18          OF JON HARDING, PH.D, P.E.

19            TAKEN OCTOBER 5, 2023

20                    AT THE

21              SHERATON FRAMINGHAM

22              1657 WORCESTER ROAD

23           FRAMINGHAM, MASSACHUSETTS

24 Reporter:  Rebecca J. DeCarlo

25 Pages 1-297

```
1   BY MR. TRISCHLER:
2        Q.    Why was he in the vault on May 13?
3        A.    I believe Mr. Vana asked if he
4   could take some photos.
5        Q.    Of what?
6              MS. PRICE:  Objection to form.
7        Very argumentative.
8              MR. TRISCHLER:  Very
9        argumentative, okay.
10             MS. PRICE:  It's your tone.
11       A.    That -- I believe the request was
12  for burst disks on LBBs.
13  BY MR. TRISCHLER:
14       Q.    He was asked to take photographs of
15  burst disks on damaged LBBs, correct?
16       A.    He was asked if he could take
17  photos of those, yes.
18       Q.    He wouldn't have been -- the only
19  reason he was in the vault on May 13 was to take
20  photographs of the LBBs that were damaged in a
21  catastrophic thermal runaway event 28 days
22  earlier, right?
23       A.    That is -- I mean, apparently, he
24  was also in the vault with the purposes of
25  prying them out, but I can't -- yes, his
```

1  instructions were to be in there in order to
2  take photographs.
3      Q.   And you're suggesting to the jury
4  that the failure of multiple LBBs in April is
5  irrelevant, right?
6      A.   No.  I believe I said it was sort
7  of context in the background of the situation.
8  So those failures certainly caused the damage to
9  the LBBs that ultimately resulted in the fire.
10     Q.   Do you --
11          MS. PRICE:  Wait.  I don't
12     think he was done with his --
13          MR. TRISCHLER:  Well, go
14     ahead.
15     A.   Caused the damage to the fire.  I'm
16 really not here to opine on the alternative
17 world where that damage doesn't -- or that
18 earlier failure doesn't occur.
19 BY MR. TRISCHLER:
20     Q.   I'm not asking you to opine that
21 the earlier failure doesn't occur.  The earlier
22 failure did occur.
23     A.   Correct.
24     Q.   And that's the only reason he was
25 in the vault, right?